# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHNATHAN PINNEY**                                                 **PLAINTIFF**
**ADC #173141**

**V.**                       **NO. 4:19-CV-00930-BRW**

**UNITED STATES SUPREME COURT,** *et al.*                      **DEFENDANT**

## ORDER

Plaintiff Johnathan Pinney ("Plaintiff"), who is currently in custody at the Ouachita River Unit of the Arkansas Department of Correction, filed a motion to proceed *in forma pauperis*.[1] Plaintiff also filed a complaint against the United States Supreme Court and Robert K. Barnes, whom Plaintiff identifies as a Supreme Court clerk.[2] Plaintiff alleges Barnes violated Plaintiff's due process rights when Barnes returned to him papers Plaintiff sought to have filed with the United States Supreme Court.[3]

This case is currently pending in the Eastern District of Arkansas. Based on the Defendants named and the allegations made, the interests of justice would best be served by transferring this case to the United States District Court for the District of Columbia.[4] The Clerk of Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the District of Columbia.

IT IS SO ORDERED this 27th day of December, 2019.

                                                         Billy Roy Wilson_____
                                                         UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 2, at 1.

[3] *Id*. at 1-2, 43.

[4] 28 U.S.C. § 1406(a); 28 U.S.C. § 1391(e).